# UNITED STATES DISTRICT COURT
for the

Sixth District of Mid

Tenn. Division

Matthew Cody Ball
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

See Attached (7)
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Demand

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Matthew Cody Ball
  All other names by which you have been known: N/A
  ID Number: 131689
  Current Institution: Sumner County Jail
  Address: 117 W Smith St.
  Gallatin, TN 37066
  City / State / Zip Code

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
   Name: James Bachman
   Job or Title (if known): Detective (Law officer)
   Shield Number: N/A
   Employer: Hendersonville Police Department
   Address: 3 Executive Park Drive
   Hendersonville, TN 37075
   City / State / Zip Code
   [✓] Individual capacity  [✓] Official capacity

  Defendant No. 2
   Name: Nicholas Edwards
   Job or Title (if known): Sgt. (Law officer)
   Shield Number: 0345
   Employer: Hendersonville Police Department
   Address: 3 Executive Park Drive
   Hendersonville, TN 37075
   City / State / Zip Code
   [✓] Individual capacity  [✓] Official capacity

# I. The Parties to This Complaint
## B. The Defendant(s)

**Defendant No. 5**
Name: Joseph Pace
Job or Title: Law Officer
Shield Number: 0649
Employer: Hendersonville Police Department
Address: 3 Executive Park Drive
Hendersonville TN 37075
✓ Individual Capacity   ✓ Official Capacity

**Defendant No. 6**
Name: Seth Callahan
Job or Title: Law Officer
Shield Number: 0598
Employer: Hendersonville Police Department
Address: 3 Executive Park Drive
Hendersonville TN 37075
✓ Individual Capacity   ✓ Official Capacity

**Defendant No. 7**
Name: Daniel Kilgore
Job or Title: Law Officer
Shield Number: 0644
Employer: Hendersonville Police Department
Address: 3 Executive Park Drive
Hendersonville TN 37075
✓ Individual Capacity   ✓ Official Capacity

Defendant No. 3
Name: Stephan Fye
Job or Title (if known): Detective (law officer)
Shield Number: N/A
Employer: Hendersonville Police Department
Address: 3 Executive Park Drive
Hendersonville, TN 37075
City, State, Zip Code

[✓] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: Jared Pryor
Job or Title (if known): Law officer
Shield Number: N/A
Employer: Hendersonville Police Department
Address: 3 Executive Park Drive
Hendersonville, TN 37075
City, State, Zip Code

[✓] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

See Attached

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

II. Basis for Jurisdiction
   B.

- First Amendment - Right to Freedom of Speech

- Fourth Amendment - Right to Privacy - The Right to be free of unreasonable search and seizure

- Fifth Amendment - The self-incrimination clause

- Ninth Amendment - Freedom of Information

- Fourteenth Amendment - Due Process Clause/Due Process of Law

Furthermore, Defendants violated the following Tenn Codes;
- 40-7-106
- 6-54-301
- 39-16-402
- 39-16-403
- 39-13-302
- 39-13-303
- 39-13-304

- Violation of Title 18 chap. 13 sec. 242 "Deprivation of Rights while under color"

_N/A_

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_See Attched_

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _N/A_

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_See Attached_

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

_N/A_

IV. Statement of Claim          Jury Demand
   A. C. D.

①   On the evening of May 1st, 2024 about 9:00pm Detective James Bachman requested assistance in locating and apprehending me even though there was no active warrant. At 11:50pm I checked into a hotel at 95 Wallace Rd Nashville, TN. 37211. About 21.5 miles outside of Sumner County. About 12:30am a knock came upon my door. As I got up to open the door I said "who is it" nobody answered but I still opened the door. To my frighting surprise there were five men all in dark colored (black) clothing brandishing weapons, one being a assualt riffle. Without identifing themselves or their purpose, in a harsh tone started to demand that I put my hands up all while rushing into my hotel room. Two of them, Ofc. Jared Pryor and Ofc. Joseph Pace made physical contact by grabbing me by one arm each. Sgt. Nicholas Edwards stood to the side, (inside the room) of the door in front of the window while Ofc. Seth Callahan stood between myself and the door and Detective Stephan Fye did a sweep of the room. Detective Fye gave the order to allow Ofc. Callahan to be the one to search my person while he was searching my back-pack and while I was asking why was I being arrest while Ofc. Callahan was placing cuffs on me and Sgt. Edwards answered me by saying "we'll discuss that when we get there". At this point is when I realize they are all Hendersonville city police officers. No metro at all. Not even outside the room.

page 1 of 2

② As Ofc. Callahan, Sgt. Edwards and Det. Fye led me outside, Ofc. Pryor and Ofc. Pace searched the room. Ofc. Callahan's patrol unit, unit #452, was parked directly behind my SUV. They took the items that was on my person and placed them on the hood of the patrol unit. Then Ofc. Pace and Ofc. Pryor came out and assited Det. Fye in searching my SUV. Ofc. Callahan then put me in the back of his patrol unit. I then witnessed them attempt to go through my iphone but it was locked, they then went through my ipad that was not locked. I never consented to any searches.

③ Ofc. Callahan was the one that was going to be transporting me back to HPD. When we started to leave the hotel he pulls along-side Sgt. Edwards and asked "are the warrants ready yet?" Sgt. Edwards replied, "No. But they will be by the time we get back".

④ We got to HPD about 1:15am. At this point I never consented to them entering my private room, nor searching me or my SUV or my belongings, let alone going with them.

⑤ After an hour or so of being questioned by Det. James Bachman, Ofc. Daniel Kilgore transported me to Sumner County Jail. The warrants for my arrest were signed at 5:43am by magistraight Holli Brownlee and issued to Daniel Kilgore.

⑥ At my preliminary hearing Det James Bachman testified and admitted that there was no active warrant at the time of my arrest. The hearing was on June 10th 2024

Matthew Cody Ball
#131689

page 2 of 2

C. What date and approximate time did the events giving rise to your claim(s) occur?

May 2nd 2024 @ about 12:30am (See Attached)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental Health care

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Attached

## VI. Relief

- Confirm that the arrest was in fact unlawful and that my constitutional rights were in fact violated.

- Order that the defendants be required to take additional training classes.

- Order that the plaintiff, Matthew Cody Ball, be rewarded $781,100.00 for damages as follows:
  - 2017 Dodge Journey that got repoed and hurt my credit $13,000
  - Money just spent putting work into it $1,200
  - SUV's ass. (seat covers, floor mats, booster seats, ect.) $400
  - Snap-on toolbox that got repoed and hurt my credit $10,000
  - Tools in toolbox $1,500
  - Career with the Union that fully paid health care and a 1 million dollar retirement plan $100,000
  - $75,000 per Const. violation x 5 = $375,000
  - $20,000 per Tenn. Code violation x 7 = $140,000
  - $20,000 per defendant for pain and suffering and emotional distress x 7 = $140,000
  
  total = $781,100.00

  - Order the defendants pay all court cost

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

N/A

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   My claim did not happen in a facility.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   In letters to court appointed lawyers and Judges

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   N/A

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) N/A
   Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) N/A

      Defendant(s) N/A

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      N/A

   3. Docket or index number

      N/A

   4. Name of Judge assigned to your case

      N/A

   5. Approximate date of filing lawsuit

      N/A

   6. Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition  N/A

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      N/A

- Qualified Immunity
- "Official immunity that is lost if the official violates the clearly established rights of another;"
"Qualified immunity shields government officials from liability for civil damages for torts committed while performing discretionary duties unless their conduct violates a clearly established statutory or Constitutional Right."
   Hadley v. Gutierrez, 526 F.3d 1324
- "Qualified Immunity two-step inquiry;
 - The first question is weather the defendant(s) conduct violated a constitutional or statutory right?
 - Second; If so, is weather the right, be it constitutional or statutory, was clearly established"

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/10/2025

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Matthew Cody Ball
Prison Identification #: 131689
Prison Address: 117 W. Smith St.
Gallatin, TN 37066

B. **For Attorneys**

Date of signing: ____

Signature of Attorney: N/A
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
Telephone Number:
E-mail Address:

Matthew Cody Ball
#131689 Sumner Co. Jail
117 W. Smith St.
Gallatin, TN.
 37066



RECEIVED
JUL 18 2025
US DISTRICT COURT
MID DIST TENN

United States District
Court for Mid. Tenn.
801 Broadway
#800
Nashville, TN.
 37203